IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEORGE K. BAL, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-491C |
| v. | ) | |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the United States respectfully requests an enlargement of time of 45 days, to and including October 15, 2007, to respond to Dr. Bal's complaint. Pursuant to RCFC 6(e) and 12(a)(1), our response is currently due on August 31, 2007. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has discussed this motion with Dr. Bal's counsel, and he does not oppose this motion for enlargement.

An enlargement of time is necessary because we have not received from the Department of the Army and its Office of the Surgeon General the administrative record in the case or the agency's final comments regarding Dr. Bal's complaint. The Army's comments and the administrative record are important to our finalizing our response to the complaint. This additional time is also required so recently assigned Government counsel can review and familiarize himself with the issues of the case. Furthermore, this enlargement will allow counsel time to prepare an appropriate brief, to confer with his agency counterparts, and to obtain supervisory review so that the Government's initial response to Dr. Bal's complaint may be finalized and filed with the Court by the proposed due date of October 15, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed request for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988
Attorneys for Defendant

OF COUNSEL:

KEVIN P. McCART
CPT, United States Army
Military Personnel Branch
Army Litigation Division
Arlington, VA

August 27, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2007, a copy of the foregoing "**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle