# In the United States Court of Federal Claims

No. 07-491 C
(Filed: August 28, 2007)

| | |
|---|---|
| ************************************ | |
| GEORGE K. BAL, M.D., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ************************************ | |

## ORDER

On August 27, 2007, defendant in the above-captioned case filed an unopposed motion for enlargement of time, seeking an additional forty-five days in which to respond to plaintiff's complaint. Defendant's motion is **GRANTED**.

Accordingly, defendant shall file its response to plaintiff's complaint **no later than Monday, October 15, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge