IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GEORGE K. BAL, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-491C |
| v. | ) | |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR**
**<u>ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (“RCFC”), the United States respectfully requests an enlargement of time of 33 days, to and including November 19, 2007, to respond to Dr. Bal’s complaint. Pursuant to our previous request for enlargement, our response is currently due on October 15, 2007. This is defendant’s second request for an enlargement, but first request for an enlargement of time for this purpose. Counsel for defendant has discussed this motion with Dr. Bal’s counsel, and he does not oppose this motion for enlargement.

The United States requests this enlargement of time because the parties are presently involved in discussions to resolve this matter short of continued litigation. Accordingly, for the foregoing reasons, defendant respectfully requests that the Court grant this unopposed request for an enlargement of time

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0383
Fax: (202) 353-7988
Attorneys for Defendant

OF COUNSEL:

KEVIN P. McCART
CPT, United States Army
Military Personnel Branch
Army Litigation Division
Arlington, VA

October 10, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2007, a copy of the foregoing "**DEFENDANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle