# In the United States Court of Federal Claims

No. 07-491 C
(Filed: October 12, 2007)

***********************************
GEORGE K. BAL, M.D., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On October 10, 2007, defendant in the above-captioned case filed a second unopposed motion for enlargement of time, seeking an additional thirty-three days in which to respond to plaintiff's complaint. Defendant indicates that "the parties are presently involved in discussions to resolve this matter short of continued litigation." Defendant's motion is **GRANTED**.

Accordingly, defendant shall file its response to plaintiff's complaint **no later than Monday, November 19, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge