**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GEORGE K. BAL, MD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-491** |
| | ) | **Judge Sweeney** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT AND MOTION TO STAY THE CASE**

On November 14, 2007, the parties culminated amicable settlement discussions that will lead to a joint dismissal of this matter. Pursuant to the parties' agreement, there are some conditions that must be met before a formal stipulation of dismissal can by filed with the Court. The parties expect that they will be able to file a stipulation of dismissal pursuant to Rule 41 of the Rules of the United States Court of Federal Claims within 90 days, if not sooner.

Accordingly, the parties respectfully request that the case be stayed for 90 days, during which time the parties will execute the terms of their agreement. Once both parties have effectuated their responsibilities pursuant to the agreement, the parties will file a joint stipulation of dismissal of this matter.

Respectfully submitted,

s/ Bryant S. Banes
BRYANT S. BANES
Neel, Hooper & Banes, P.C.
1700 West Loop South, Suite 1400
Houston, Texas 77027
(713) 629-1800

Attorney for Plaintiff

November 15, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

KEVIN McCART
Captain, U.S. Army
Army Litigation Division
Military Personnel Branch
Arlington, VA

November 15, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2007, a copy of the foregoing "**JOINT STATUS REPORT AND MOTION TO STAY THE CASE**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle