# In the United States Court of Federal Claims

No. 07-491 C
(Filed: November 19, 2007)

************************************
GEORGE K. BAL, M.D., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On November 15, 2007, the parties filed a Joint Status Report and Motion to Stay the Case. The parties indicated that they had just concluded "amicable settlement discussions" and expected to file a joint stipulation of dismissal within the next ninety days. The parties request that the case be stayed for ninety days to allow the parties time to execute the terms of their agreement.

The court is pleased that the parties were able to reach an agreement in this matter. The court **STAYS** proceedings in this case for ninety days, or until **February 19, 2008**. The parties shall file a joint stipulation of dismissal upon discharging their responsibilities under the terms of the settlement. However, if the parties have not fully executed their settlement within ninety days, they shall instead file a joint status report indicating their progress **no later than Tuesday, February 19, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge