**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GEORGE K. BAL, MD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 07-491** |
| | ) | **Judge Sweeney** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the rules of this Court it is hereby stipulated and agreed by the parties that plaintiff's action against the United States shall be, and hereby is, dismissed with prejudice.

Respectfully submitted,

s/ Bryant S. Banes
BRYANT S. BANES
Neel, Hooper & Banes, P.C.
1700 West Loop South, Suite 1400
Houston, Texas 77027
(713) 629-1800

Attorney for Plaintiff

January 30, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. N.W.
Washington, D.C. 20530
Tel: (202) 307-0383
Fax: (202) 353-7988

OF COUNSEL:

LTC TRACY A. GLOVER
Chief, Military Personnel Branch
Army Litigation Division
Arlington, VA

January 30, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2008, a copy of the foregoing "**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle